IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A&C TRADE CONSULTANTS, INC., <br> Plaintiff, <br> v. <br> JOEL E. ALVAREZ, et al., <br> Defendants. | Case No. 18-cv-05356-MMC <br><br> **ORDER DENYING WITHOUT PREJUDICE DEFENDANT NOGAL'S MOTION TO DISMISS** <br><br> Re: Dkt. No. 29 |

On March 19, 2019, the Clerk of Court, upon plaintiff's request, entered defendant Ethel Nogal's ("Nogal") default. Thereafter, on March 21, 2019, Nogal filed a motion to dismiss the claims asserted against her in plaintiff's complaint.

"The Clerk of Court's entry of default cuts off a defendant's right to appear in an action." Verliant Energy, Inc. v. Barry, 2015 WL 12990196, at *3 (N.D. Cal. March 31, 2015) (internal quotation and citation omitted). Where, as here, a defendant is in default, such defendant, before responding to the complaint, must move for and "succeed in setting aside the default" under Rule 55(c) of the Federal Rules of Civil Procedure. See New York Life Ins. Co. v. Brown, 84 F.3d 137, 143 (5th Cir. 1996).

Accordingly, Nogal's motion to dismiss is hereby DENIED, without prejudice to refiling in the event Nogal first seeks and obtains an order setting aside the entry of default.

**IT IS SO ORDERED.**

Dated: March 27, 2019

MAXINE M. CHESNEY
United States District Judge